IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00365-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAMION BAKER | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for a reduced sentence pursuant to the First Step Act of 2018. (Doc. No. 16).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: September 15, 2020

Robert J. Conrad, Jr.
United States District Judge